**Kenneth R. Davis II**, OSB No. 971132
davisk@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Plaintiff Chevron U.S.A., Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **CHEVRON U.S.A. INC**., <br><br>  Plaintiff, <br><br> v. <br><br> **PELICAN BUTTE OIL, LLC**, an inactive Oregon Limited Liability Company, <br><br>  Defendant. | No. 1:10-CV-3063-CL <br><br> Plaintiff Chevron U.S.A Inc.'s **MOTION FOR ENTRY OF DEFAULT** <br><br> Pursuant to Fed. R. Civ. P. 55 |

Plaintiff Chevron U.S.A. Inc. ("Chevron") respectfully requests that this Court enter default in this action against defendant Pelican Butte Oil, LLC, an inactive Oregon Limited Liability Company ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by Fed. R. Civ. P. 55

PAGE 1 -   PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

In support of its Motion, Chevron relies upon the accompanying Memorandum in Support of Motion for Entry of Default, and the Declaration of Kenneth R. Davis II.

DATED:  November 11, 2010

LANE POWELL PC

By  s/Kenneth R. Davis II
    Kenneth R. Davis II, OSB No. 971132
    davisk@lanepowell.com
    Telephone:  503.778.2121
Attorneys for Plaintiff Chevron U.S.A., Inc.

PAGE 2 -   PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2010, I caused to be served a copy of the foregoing MOTION FOR ENTRY OF DEFAULT on the following person(s) in the manner indicated below at the following address(es):

Matthew Sutton, Registered Agent for
PELICAN BUTTE OIL, LLC
205 Crater Lake Avenue
Medford, OR  97502

- ☐ by **CM/ECF**
- ☑ by **Electronic Mail**
- ☐ by **Facsimile Transmission**
- ☑ by **First Class Mail**
- ☐ by **Hand Delivery**
- ☐ by **Overnight Delivery**

                                                    s/Kenneth R. Davis II
                                                    Kenneth R. Davis II

PAGE 3 -   PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

013000.0671/884615.1

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200