FILED'11 APR 12 12:19 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHEVRON U.S.A., INC.,

    Plaintiff,

Civ. No. 10-3063-CL

v.

**ORDER**

PELICAN BUTTE OIL, LLC, an
inactive Oregon Limited
Liability Company,

    Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I conclude the report is correct and ADOPT the Report and Recommendation of Magistrate Judge Clarke.

### CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#15) is adopted. Plaintiff's motion for default judgment (#12) is GRANTED. Default judgment for plaintiff is entered in the amount of $2,510.45.

IT IS SO ORDERED.

DATED this 11 day of April, 2011.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER